# UNITED STATES DISTRICT COURT
# WESTERM DISTRICT OF WACO DIVISION

| | | |
|---|---|---|
| HA VU POULTRY HOUSES, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. _____ |
| TRISURA SPECIALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant TRISURA SPECIALTY INSURANCE COMPANY ("TRISURA"), pursuant to 28 U.S.C. §1441(b), and §1446(a), files this Notice of Removal and would respectfully show the Court the following:

### I. IDENTITY OF PARTIES AND COUNSEL

1. Based on Plaintiff's Original Petition filed in state court and a search of Plaintiff's company identity, HA VU POULTRY HOUSES, LLC ("HA VU") is a citizen of the State of Texas, with its principal place of business located at 14406 Dunrobin Way, Sugar Land, Texas 77498.  Plaintiff's Original Petition was filed in the 369th Judicial District Court of Leon County, Texas, allegedly where the property at issue in this case is located.

2. Plaintiff is represented by Phillip N. Sanov, Texas State Bar No. 17635950, 16225 Park Ten Place, Suite 500, Houston, Texas 77084, Telephone (832) 739-6237, Fax (832) 739-6262, E-mail: psanov@forthepeople.com.

3. Defendant TRISURA is an insurance company headquartered in Oklahoma City, and a citizen of the State of Oklahoma.  Its headquarters is located at 210 Park Avenue, Suite 1300,

Oklahoma City, Oklahoma 73102.  Accordingly, there is complete diversity between the parties to this case.  28 U.S.C. §1332(a).

4. Defendant is represented by Timothy J. Soefje, Texas State Bar No. 00791700, 5851 Legacy Circle, Suite 600, Plano, Texas 75024, Telephone (469)895-3009, Fax (972) 767-4246, E-mail: Tim.Soefje@fmglaw.com.

## II. STATE COURT INFORMATION

5. This action is currently pending in the 369th Judicial District Court, Leon County, Texas, Cause No. 22-0004CV ("Lawsuit").  The Leon County Court's address is: 139 E. Main, Centerville, Texas 75833.  A true and correct copy of Plaintiff's Original Petition is attached hereto as Exhibit "A," which also includes the other documents filed in state court.

## III. FILING & NOTICE DATES

6. On January 7, 2022, Plaintiff filed the Lawsuit against Defendant seeking money damages in an amount exceeding $250,000.00.  Therefore, the amount in controversy requirement for subject matter jurisdiction based on diversity is satisfied.  28 U.S.C. §1332.  Plaintiff has asserted numerous state claims for: breach of contract; deceptive practices; violation of the Texas Prompt Payment of Claims Act; violation of the Texas Deceptive Trade Practices Act; and, common law breach of good faith and fair dealing, under the terms of an insurance policy.

7. Defendant was served with process on January 11, 2022, and timely filed its Answer to the Lawsuit on February 7, 2022.  Accordingly, Defendant timely files this Notice of Removal within the 30-day period required by 28 U.S.C. §1446(b).  Copies of all pleadings, citations, orders, and other filings in the state court action have been attached to this notice as Exhibit "A" and incorporated herein by reference, as required by 28 U.S.C. §1446(a).

8. Venue is proper in the Western District, Waco Division under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

### IV. BASIS FOR REMOVAL

9. This Court has original jurisdiction under 28 U.S.C. § 1332(a) as (a) the amount in controversy represented in Plaintiff's Original Petition is "over $250,000.00", (b) Plaintiff is a citizen of Texas with its principal office located in Sugar Land, Texas located in Harris County, and (c) Defendant is a citizen of Oklahoma with its headquarters located at 210 Park Avenue, Suite 1300, Oklahoma City, Oklahoma 73102.

10. When a lawsuit consists of exclusively state law claims, for diversity jurisdiction to apply under 28 U.S.C. § 1332, there must be complete diversity of citizenship between the parties at the time that the complaint is filed. *Gilmore-Webster v. Bayou city Homebuyers, Inc.*, 845 Fed. Appx. 329, 332 (5th Cir. 2021) (*citing Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974)).

11. Removal to this Court is authorized by 28 U.S.C. § 1441(b) because Defendant is not a citizen of the State of Texas and there is complete diversity between the parties to this suit.

12. To the best of the undersigned's knowledge, no further proceedings have taken place in connection with the Leon County action since the filing of Defendant's Original Answer on February 7, 2022.

13. Defendant will concurrently file a copy of this Notice of Removal with the Clerk of the state court where the action has been pending.

### V. JURY DEMAND

14. Plaintiff has demanded a jury trial.

### VI. PRAYER

For the reasons stated above, Defendant requests that this case be removed from the 369th Judicial District Court, Leon County, Texas to the U.S. District Court, Western District of Texas, Waco Division, pursuant to 28 U.S.C. §1441(c).

Dated: February 9, 2022

RESPECTFULLY SUBMITTED,

/S/ TIMOTHY J. SOEFJE
**TIMOTHY J. SOEFJE**
STATE BAR NO.: Bar No. 00791700
E-MAIL: Tim.Soefje@fmglaw.com

**FREEMAN MATHIS & GARY LLP**
5851 LEGACY CIRCLE, SUITE 600
PLANO, TEXAS 75024
TELEPHONE: (469) 895-3009
TELECOPIER: (972) 767-4246

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

This is to certify that a true and copy of the foregoing is being mailed to counsel of record for Plaintiff by electronic service and 1st class mail in accordance with Fed. R. Civ. P. 5 on February 9, 2022.

Phillip N. Sanov
16225 Park Ten Place, Suite 500,
Houston, Texas 77084,
Telephone (832) 739-6237,
Fax (832) 739-6262,
E-mail: psanov@forthepeople.com

**ATTORNEYS FOR PLAINTIFF**

/S/ TIMOTHY J. SOEFJE
TIMOTHY J. SOEFJE